**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**PABLO BAUER,**
      **Plaintiff,**

**vs.**                          **Case No.   3:09cv547MCR/MD**

**ARNP NICHOLS, et al.,**
      **Defendants.**
_____/

**O R D E R**

      Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 19, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

      Accordingly, it is now ORDERED as follows:

      1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.     This cause is dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

      DONE AND ORDERED this 4th day of November, 2010.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**